**Entered on Docket**
**November 16, 2005**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed: November 14, 2005**

_____
**LESLIE TCHAIKOVSKY**
**U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                         No. 04-45081 T
                                              Chapter 7
COYOTE CONSTRUCTION,

        Debtor.
_____/

**MEMORANDUM RE ADMINISTRATIVE CLAIM OF**
**LABORERS TRUST FUNDS FOR NORTHERN CALIFORNIA**

    The motion of the Laborers Trust Funds for Northern California ("Trust Funds") for allowance of a chapter 11 administrative claim for unpaid contributions, interest, liquidated damages, and attorneys' fees came before the Court on November 10, 2005. Appearances were stated on the record. The Court advised the parties that, based on <u>In re World Sales, Inc.</u>, 183 B.R. 872 (Bankr. 9th Cir. 1995), it concluded that the amounts in question were entitled to chapter 11 administrative expense priority. The issue was raised as to whether this priority extended to amounts incurred or accrued after the case was converted to chapter 7. The Court had not considered this issue and took it under submission to see if there was any authority on point.

The Court has now reviewed the applicable case law and can find no authority on point. In the absence of authority to the contrary, the Court concludes that the administrative claim does not include such amounts. The Court believes this is the ruling most consistent with the principles of the priority scheme. Unless the assets in a chapter 7 case may be devoted first to the costs of administering the chapter 7, it would be difficult for the bankruptcy system to operate on a fiscally sound basis. Counsel for the Laborers Trust Fund is directed to submit a proposed form of order in accordance with this decision.

END OF DOCUMENT

COURT SERVICE LIST

Lois I. Brady
Chapter 7 Trustee
350 Frank H. Ogawa Plaza
Suite 702
Oakland, CA 94612

Willie E. Phillips
Law Offices of Willie E. Phillips
484 Lake Park Ave. #445
Oakland, CA 94610

Bruce K. Leigh
Stanton, Kay & Watson, LLP
101 New Montgomery St., 5th Floor
San Francisco, CA 94105-3612

3